UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HENDERSON, | ) Case No. CV 11-2250 AHS(JC) |
| Petitioner, | ) |
| v. | ) ORDER ADOPTING FINDINGS, ) CONCLUSIONS, AND |
| WALKER (WARDEN), et al., | ) RECOMMENDATIONS OF UNITED ) STATES MAGISTRATE JUDGE |
| Respondents. | ) |
| | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

IT IS ORDERED that the Petition is denied and this action is dismissed without prejudice because it is successive, petitioner did not obtain the requisite authorization from the Court of Appeals to file a successive petition, and this Court lacks jurisdiction to consider it.[1]

_____

[1]To the extent it is appropriate to construe the Petition as a motion to amend the Petition for Writ of Habeas Corpus ("First Federal Petition") in the case entitled Darren Henderson v. J. Dovey, et al., No. CV 07-671 AHS(JC), the Court denies the motion to amend because amendment of the First Federal Petition to add the claims contained in the Petition would be

(continued...)

1    IT IS FURTHER ORDERED that the Clerk of the Court shall refer the

2 Petition to the United States Court of Appeals for the Ninth Circuit (the "Ninth

3 Circuit") pursuant to Ninth Circuit Rule 22-3(a).

4    IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order,

5 the United States Magistrate Judge's Report and Recommendation, and the

6 Judgment herein on petitioner and on any counsel for respondents.

7    LET JUDGMENT BE ENTERED ACCORDINGLY.

8 DATED:  May 5, 2011

9                                        ALICEMARIE H. STOTLER
                                         _____
10
11                                       HONORABLE ALICEMARIE H. STOTLER
                                         SENIOR UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
     _____

27       [1](...continued)
     futile in light of the untimeliness of the claims contained in the Petition and the fact that such
28   claims do not relate back to the filing date of the First Federal Petition.